

Peter T. Shapiro
77 Water Street, Suite 2100
New York, New York 10005
Peter.Shapiro@lewisbrisbois.com
Direct: 212.232.1322

**MEMO ENDORSED.**

September 9, 2022

Application **GRANTED**. The Initial Case Management Conference scheduled for September 14, 2022, is hereby adjourned to **Wednesday, October 19, 2022 at 11:30 a.m.**

**SO ORDERED.**

_____
Ona T. Wang                9/12/22
U.S.M.J.

**VIA ECF**
Hon. Ona T. Wang
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Brown v. GMC Skin Care USA, Inc.*
       Case No. 22-cv-04691-PAE-OTW

Dear Judge Wang:

    I represent the defendant in this matter. I write with the consent of plaintiff's counsel to request that the initial conference scheduled for September 14, 2022 [DE 6] be adjourned until a date convenient to the Court thereafter, and converted to a telephonic conference. The parties alternatively propose October 5 or October 14 for the initial conference. This is the parties' first request for an adjournment of the initial conference. The request is based on the fact that I have a court-ordered deposition on September 14 in another SDNY matter that I cannot adjourn. Thank you for your attention to this matter.

Respectfully,

*Peter T. Shapiro*

Peter T. Shapiro of
LEWIS BRISBOIS BISGAARD &
SMITH LLP

cc: All Counsel (via ECF)

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

4864-4033-6434.1