UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LAMAR BROWN, Individually and on behalf of all
others similarly situated,

                              Plaintiffs,

        -against-

GMC SKIN CARE USA, INC.,

                              Defendant.
-----------------------------------------------------------X

Case No. 22-cv-04691-PAE-OTW

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in the above-captioned action against defendant are hereby voluntarily dismissed with prejudice and without costs.

Dated: New York, New York
        December 16, 2022

MARS KHAIMOV LAW, PLLC

By: _____
Mars Khaimov, Esq.
10826 64th Avenue, Ste 2nd Floor
Forest Hills, New York 11375
(917) 915-7415
mars@khaimovlaw.com
*Attorneys for Plaintiff*

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
Peter T. Shapiro, Esq.
77 Water Street, Suite 2100
New York, New York 10005
(212) 232-1322
Peter.Shapiro@lewisbrisbois.com
*Attorneys for Defendant*

SO ORDERED:

Paul A. Engelmayer
_____
U.S.D.J

December 19, 2022

4895-5040-3388.1